IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PEDRO MEDINA VAZQUEZ,**

    Petitioner,

vs.                                   5:04cv53-SPM/AK

**MONICA WETZEL,**

    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner, an inmate proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he raises issues related to his continued incarceration, including an issue that he has been convicted and sentenced in violation of *Bailey*. Doc. 1. Petitioner paid the filing fee. Respondent was directed to respond to the petition, and she has filed an answer. Docs 10 & 11. Petitioner has filed a reply. Doc. 12.

After Petitioner filed this petition, he was transferred from FCI Marianna, Florida, which is in located in the Northern District of Florida, to FCI Williamsburg, Salters, South Carolina, which is located in the District of South Carolina. As of this date, he remains incarcerated in that facility.

In its latest pronouncement, the United States Supreme Court found that "in habeas challenges to present physical confinement–'core challenges'–the default rule is

that the proper respondent is the warden of the facility where the prisoner is being held...." *Rumsfeld v. Padilla*, ____ U.S. ____, 124 S.Ct. 2711, 2718, 159 L.Ed. 2d 513 (2004). Furthermore, the "plain language of the habeas statute...confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Padilla*, 124 S.Ct. at 2722. *See also* 28 U.S.C. § § 2242 & 2243.

In light of the foregoing, it is respectfully **RECOMMENDED**:

That this cause be **TRANSFERRED** to the United States District Court for the District of South Carolina for all further proceedings.

**IN CHAMBERS** at Gainesville, Florida, this **8th** day of June, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

*Case No: 1:04cv15-mmp/ak*